## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** |
| **Plaintiff,** | **JUDGE** |
| v. | *2:21-CR-232* |
| **JOSHUA LEE McMILLEN** | *Judge Graham* |
| **Defendant.** | **INFORMATION** |

**CASE NO.**

**JUDGE**

2:21-CR-232
Judge Graham

**INFORMATION**

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

**FORFEITURE ALLEGATION**

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### (Felon in Possession of a Firearm)

1.      On or about September 4, 2021, in the Southern District of Ohio, Defendant **JOSHUA LEE McMILLEN**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Stoeger, Model STR 9, 9mm caliber pistol, serial number T6429-20U17474, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

1

## COUNT TWO
### (Possession with Intent to Distribute Controlled Substances)

2.      On or about September 4, 2021, in the Southern District of Ohio, Defendant
**JOSHUA LEE McMILLEN** did knowingly, intentionally, and unlawfully possess with intent to
distribute a mixture or substance containing a detectible amount of N-phenyl-N-[1-(2-
phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II
controlled substance; a mixture or substance containing a detectible amount of methamphetamine,
a Schedule II controlled substance; and a mixture or substance containing a detectible amount of
cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## FORFEITURE ALLEGATION A

3.      The allegations contained in Count One of this Information are re-alleged and
incorporated here by reference for the purpose of alleging forfeitures to the United States, pursuant
to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4.      Upon conviction of any offense alleged in Count One of this Information,
Defendant **JOSHUA LEE McMILLEN** shall forfeit to the United States his interest in any
property, real or personal, involved in or used in such violation, and any property traceable to such
property.  This property includes, but is not limited to, the following:

- One Stoeger, Model STR 9, 9mm caliber pistol, serial number T6429-20U17474;
and

- Eleven rounds of 9mm caliber ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the
Federal Rules of Criminal Procedure.**

VIPAL J. PATEL
Acting United States Attorney

BRIAN J. MARTINEZ (CA 224587)
Assistant United States Attorney