AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joshua Lee McMillen | ) | Case No: 2:21-cr-00232-001 |
| | ) | USM No: 67656-061 |
| Date of Original Judgment: 04/15/2022 | ) | |
| Date of Previous Amended Judgment: | ) | Laura E. Byrum |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   27   months **is reduced to**   time served  .
    *(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Mr. McMillen was sentenced to 27 months in case 2:21-cr-232. In case 2:08-cr-93,(1) he was sentenced to 12 months imprisonment, with 8 months concurrent to case numbers 2:20-cr-215 and 2:21-cr-232 and 4 months consecutive to case numbers 2:20-cr-215 and 2:21-cr-232. In case number 2:20-cr-215, Mr. McMcMillen was sentenced to 12 months imprisonment, with 7 months concurrent to case numbers 2:08-cr-93(1) and 2:21-cr232 and 5 months consecutive to case numbers 2:08-cr-93(1) and 2:21-cr-232. The sentence imposed resulted in a total of 36 months imprisonment on all three cases.

Mr. McMillen is eligible for a reduction to 21 months imprisonment in case 2:21-cr-232, which would result in a total of 30 months imprisonment on all three cases. It is anticipated that Mr. McMillen will be eligible for immediate release upon reduction of the sentence in 2:21-cr-232 to a sentence of "time served."

Except as otherwise provided, all provisions of the judgment dated   04/15/2022   shall remain in effect.
**IT IS SO ORDERED.**

| Order Date: | 02/02/2024 | s/Edmund A. Sargus, Jr. |
|---|---|---|
| | | *Judge's signature* |
| Effective Date: | 02/01/2024 | Edmund A. Sargus, Jr., District Judge |
| | *(if different from order date)* | *Printed name and title* |