AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

### Southern District of Ohio

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JOSHUA LEE MCMILLEN | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release)<br><br>Case No. 2:08-CR-00093, 2:20-CR-00215 and 2:21-cr-00232<br>USM No. 67656-061<br><br>James Gilbert<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) ___All violations___ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant shall refrain from any unlawful use of a<br><br>controlled substance. | 10/10/2024 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5370

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:
Columbus, OH

04/08/2025
Date of Imposition of Judgment

s/Edmund A. Sargus, Jr.
Signature of Judge

Edmund A. Sargus, Jr. United States District Judge
Name and Title of Judge

04/10/2025
Date

AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
                       Sheet 1A

|  |  | Judgment—Page __2__ of __6__ |
|---|---|---|

DEFENDANT: JOSHUA LEE MCMILLEN
CASE NUMBER: 2:08-CR-00093, 2:20-CR-00215

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant shall participate in a program of mental health assessment and/or counseling, as directed by the United States Probation Office, unitl such time as the defendant is released from such program by the probation office. The defendant will make a co-payment for treatment services not to exceed $25 per month, which is determined by the defendant's ability to pay. | 11/07/2024 |
| 3 | The defendant shall participate in a program of testing and treatment for alcohol and controlled substance abuse, as directed by the U.S. Probation Office, until such time as the defendant is released from the program by the probation office. The defendant will make a co-payment for treatment services not to exceed $25 per month, which is determined by the defendant's ability to pay. | 11/07/2024 |
| 4 | After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation office as instructed. | 11/13/2024 |

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment
═══════════════════════════════════════════════════════════════════════════

                                          Judgment — Page ___3___ of ___6___

DEFENDANT: JOSHUA LEE MCMILLEN
CASE NUMBER: 2:08-CR-00093, 2:20-CR-00215

## IMPRISONMENT

        The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

90 days imprisonment minus time served on case numbers 2:08-cr-00093, 2:20-cr-00215 and 2:21-cr-00232 to run concurrently.  The defendant shall remain in custody until there is bed space avaliable at Ceder Ridge Behavior Health.  Upon release from imprisonment, the defendant shall immediately report to Ceder Ridge Behavior Health.

    ☐   The court makes the following recommendations to the Bureau of Prisons:

    ☑   The defendant is remanded to the custody of the United States Marshal.

    ☐   The defendant shall surrender to the United States Marshal for this district:

        ☐   at   _____ ☐ a.m.  ☐ p.m.  on  _____ .

        ☐   as notified by the United States Marshal.

    ☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ☐   before 2 p.m. on  _____ .

        ☐   as notified by the United States Marshal.

        ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

                _____
                                UNITED STATES MARSHAL

        By  _____
                              DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 02/18)     Judgment in a Criminal Case for Revocations
                         Sheet 3 — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT:  JOSHUA LEE MCMILLEN
CASE NUMBER:  2:08-CR-00093, 2:20-CR-00215

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

One year reimposed supervised release on case numbers 2:08-cr-00093, 2:20-cr-00215 and 2:21-cr-00232 to run concurrently.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
Sheet 3A — Supervised Release

Judgment—Page __5__ of __6__

DEFENDANT:  JOSHUA LEE MCMILLEN
CASE NUMBER:  2:08-CR-00093, 2:20-CR-00215

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245D (Rev. 02/18)     Judgment in a Criminal Case for Revocations
                         Sheet 3D — Supervised Release

Judgment—Page __6__ of __6__

DEFENDANT: JOSHUA LEE MCMILLEN
CASE NUMBER: 2:08-CR-00093, 2:20-CR-00215

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall attend and complete residential treatment at Cedar Ridge Behavioral Health Solutions at the direction of his probation officer.

2.  All other previous terms and conditions of supervised release shall remain in effect.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

**8/13/01:  POLICY CHANGE RESTRICTING PUBLIC DISCLOSURE
OF THE STATEMENT OF REASONS PAGE IN THE JUDGMENT**

# DISTRIBUTION OF
# THE JUDGMENT AND COMMITMENT
# WITH THE STATEMENT OF REASONS PAGE
# AND THE DENIAL OF FEDERAL BENEFITS
# PAGE *IS LIMITED TO*:

# DEFENSE COUNSEL
# UNITED STATES ATTORNEY
# U.S.A.'s FINANCIAL LITIGATION UNIT
# UNITED STATES PROBATION
# UNITED STATES PRETRIAL
# UNITED STATES SENTENCING COMMISSION
# (IF A TERM OF IMPRISONMENT, THEN ALSO THE
# FEDERAL BUREAU OF PRISONS)

THE CLERK OF COURTS WILL MAINTAIN THE OFFICIAL VERSION
OF
***THE STATEMENT OF REASONS PAGE***
AND
***THE DENIAL OF FEDERAL BENEFITS PAGE***
SEALED IN A SECURE LOCATION SEPARATELY FROM
THE PUBLIC CASE FILE